# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED DECEMBER 30, 2014

### NO. 03-14-00346-CV

**Carolyn R. Milton, Appellant**

**v.**

**Texas State Dental Board of Examiners and Julianne Hildebrand, Appellees**

**APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN**
**AFFIRMED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on May 27, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.